Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Nikki Donnell

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Nikki Donnell, | ) | **Case No.: 2:11-cv-01925-DGC** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | |
| | ) | |
| ER Solutions, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Nikki Donnell, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 25, 2012                           KROHN & MOSS, LTD.


                                                By:/s/ Ryan Lee
                                                   Ryan Lee
                                                   Attorneys for Plaintiff
                                                   Shelly Anderson

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, I served a copy of this document via USPS MAIL upon the following:

ER Solutions, Inc.
800 SW 39th St
Renton, WA 98057

By: /s/ Ryan Lee

       Ryan Lee
       Attorney for Plaintiff